**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN T. DOE and JOHN U. DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 25-cv-4354 |
| THE CATHOLIC BISHOP OF CHICAGO, a ) | |
| Corporation sole, and THE ARCHDIOCESE ) | District Judge LaShonda A. Hunt |
| OF CHICAGO, ) | |
| ) | Cook County Case Nos. 24 L 14871 |
| Defendants. ) | 24 L 14875 |
| ) | |
| THE CATHOLIC BISHOP OF CHICAGO, a ) | |
| corporation sole, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN T. DOE, JOHN U. DOE, DOE 101 ) | |
| DOE 102, DOE 103, DOE 104, and DOE 105 ) | |
| ) | |
| Defendants. ) | |

**COUNTER-DEFENDANTS' MOTION TO SEAL ECF NO. 1 AND ECF NO. 1
EXHIBITS 1-1 to 1-4**

Counter-Defendants, JOHN T. DOE and JOHN U. DOE ("Counter-Defendants"), by and through their respective counsel, and pursuant to Local Rule 26.2, hereby move this Court for an Order Sealing ECF No. 1, including all Exhibits 1-1 through 1-4, and in support thereof state as follows:

1. On April 22, 2025, Counter-Defendants inadvertently filed a document titled Complaint/Notice of Removal with 4 Exhibits that should have had certain information redacted (ECF No. 1.)

2. On April 22, 2025 Counter-Defendants filed an Emergency Motion To Strike ECP No.1 Complaint/Notice of Removal, and its five exhibits, labeled as Exhibits A-D.

3. On April 23, 2025, this Court granted Counter-Defendants' emergency motion (ECF 7) and directed the Federal Clerk's office, forthwith, to provisionally seal the Complaint and its exhibits, ECF 1-1 to 1-4, (ECP 1) by April 25, 2025.

4. Good cause exists pursuant to LR 26.2 to provisionally seal ECF 1 and its exhibits ECF 1-1 to 1-4, as the Counter-Defendants inadvertently failed to redact certain confidential information in their Complaint/Notice of Removal regarding the identities of the Counter-Defendants and other John Does. The Counter-Defendants and other John Does are victims of alleged sexual abuse and thereby require protection of their identities.

5. Accordingly, to correct the inadvertent filing error, Counter-Defendants are requesting this Court grant their motion to seal ECF No. 1, including all the Exhibits 1-1 through 1-4.

6. Moreover, pursuant to this Court's April 23, 2025 order ECF No. 7 and LR 26.2(c)(1), Counter-Defendants are simultaneously filing a public-record redacted version of the Complaint/Notice of Removal.

WHEREFORE, Counter-Defendants JOHN T. DOE and JOHN U. DOE, hereby request an Order granting Counter-Defendants' Motion to Seal ECF No. 1, including all the Exhibits 1-1 through 1-4, and any other relief this Court deems appropriate.

Dated: April 25, 2025                                       Respectfully Submitted,


                                                            /s/ Alexander Michael
                                                            Alexander Michael
                                                            Ettinger and Associates
                                                            12413 S. Harlem Avenue, #203
                                                            Palos Heights, IL 60463

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, the foregoing was electronically served on all counsel of record in this case via the Court's ECF system.

/s/Alexander Michael